UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTAR MARKETING GROUP, LLC,

                Plaintiff,

      - against -

ALI DROPSHIPPING SUPPORT STORE, et al.,

               Defendants.

**ORDER**

21 Civ. 333 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      No Defendant in this action has responded to the Complaint or otherwise appeared. On September 16, 2021, Plaintiff voluntarily dismissed Defendant Yangzhou Creative Toys and Gifts Co., LTD. (Dkt. No. 22) There has been no other activity on the docket since the Court granted Plaintiff's motion for a preliminary injunction on February 18, 2021. (Dkt. No. 3) Accordingly, by **November 26, 2021**, Plaintiff will move for a default judgment as to the remaining Defendants or show cause why this action should not be dismissed for failure to prosecute. Any application for a default judgment must comply with this Court's Individual Rules of Practice for Civil Cases.

Dated: New York, New York
       November 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge