UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALLSTAR MARKETING GROUP, LLC,

                                           Plaintiff,

                  -against-

ALI DROPSHIPPING SUPPORT STORE, et al.,

                                           Defendants.

-----------------------------------------------------------------X

21-CV-00333 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On March 17, 2022, Plaintiff Allstar Marketing Group LLC filed its proposed findings of fact and conclusions of law. ECF No. 50. The same day, Plaintiff served all defaulting Defendants with a copy of its inquest papers and the inquest scheduling order. ECF No. 53. Pursuant to the Court's scheduling order (ECF No. 44), Defendants' response was due no later than April 18, 2022. Because Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course.

**SO ORDERED.**

                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:       New York, New York
                  April 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2022