**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALLSTAR MARKETING GROUP, LLC,

                 Plaintiff,                           21 **CIVIL** 0333 (PGG)

       -against-                                    **JUDGMENT**

ALI DROPSHIPPING SUPPORT STORE, ET AL.

                 Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 5, 2023, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded a total of $200,000, consisting of $50,000 against each of Defendants Coocnico Offcial Store, EFDKC Offcial Car Accessories Store, Four Seasons Song, and Little For Baby Store, plus post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York

      July 5, 2023

                                       **RUBY J. KRAJICK**

                              _____
                                  **Clerk of Court**

**BY:**

                                    _____
                                    **Deputy Clerk**